[No. 32107-2-I.    Division One.    October 24, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN
NOVOTNY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-02161-3, Peter Jarvis, J., entered January
15, 1993. *Affirmed* by unpublished per curiam opinion. Now
published at 76 Wn. App. 343.


[No. 31808-0-I.    Division One.    October 24, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK
EDWARD BROOKS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-00795-5, Deborah Fleck, J., entered November 3, 1992. *Affirmed* by unpublished per curiam opinion.


[No. 32317-2-I.    Division One.    October 24, 1994.]

LAUGHN E. DOESCHER, *Respondent*, v. JONATHAN M.
LOVE, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-05165-6, Deborah Fleck, J., entered January 20, 1993. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Baker, A.C.J., concurred in by Grosse and Becker, JJ.


[No. 33475-1-I.    Division One.    October 24, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. EPHASIAN
N. CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-8-01065-8, Stephen M. Gaddis, J. Pro Tem.,
entered September 8, 1993. *Affirmed* by unpublished per
curiam opinion.